IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL JON PETERKA

    Petitioner,

vs.   CASE NO. 3:05cv22-SPM

JAMES CROSBY, JR.,

    Respondent.
_____/

**ORDER EXTENDING TIME TO FILE ANSWER**

For good cause shown, Respondent's request for an extension of time until June 6, 2005 to file an answer to the petition (doc. 15) is granted. All future requests shall be in compliance with Northern District of Florida Local Rule 7.1(B).

SO ORDERED this 10th day of May, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge