IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL JON PETERKA

        Petitioner,

vs.                                  CASE NO. 3:05cv22-SPM

JAMES CROSBY, JR.,

        Respondent.
_____/

## ORDER DENYING MOTION FOR LEAVE TO AMEND

This cause comes before the Court on Petitioner's Motion for Leave to Amend the Initial 2254 Petition (doc. 105). This Court has already issued an order (doc. 68) denying § 2254 relief. The denial was affirmed by the Eleventh Circuit Court of Appeals (doc. 107). Petitioner filed a Rule 60(b) motion for relief from judgment, which the Court has recently denied. Because the proceedings in this case have ended, it is

ORDERED AND ADJUDGED: Petitioner's Motion for Leave to Amend the Initial 2254 Petition (doc. 105) is denied.

DONE AND ORDERED this 9th day of September, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge