IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL JON PETERKA
    Petitioner,

vs.                                       CASE NO. 3:05cv22-SPM

WALTER A. MCNEIL[1],
    Respondent.
_____/

### ORDER

This cause comes before the Court on Petitioner's Notice of Non-Receipt of Order and Request [for] the Court to Accept the Accompanying [Motion] as Timely. Doc. 125. A cover letter accompanying the notice states that Petitioner submitted for filing both the notice and a motion to alter or amend the judgment. The motion has not been filed by the clerk and it may have been returned to Petitioner in error. Accordingly, it is

ORDERED AND ADJUDGED:

1.    No action will be taken on the notice (doc. 125).

2.    Petitioner may refile his motion to alter or amend the judgment within ten (10) days of receipt of this order.

DONE AND ORDERED this 19th day of February, 2008.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge

---

[1]Substituted in place of James V. Crosby, Jr. Fed. R. Civ. P. 25(d).