IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL JON PETERKA

      Petitioner,

v.                                            CASE NO. 3:05cv22-SPM

WALTER A. MCNEIL,

      Respondent.
_____/

## ORDER DENYING MOTION TO ALTER OR AMEND

This cause comes before the Court on Petitioner's Motion to Alter or Amend Judgment (doc. 127). The motion is directed to the Court's December 16, 2008, Order Denying Motion for Certificate of Appealability (doc. 115) to appeal the denial of Petitioner's Rule 60(b) motion (see docs. 103, 104, 109, 111 and 113). For the following reasons, relief will be denied.

      1.      It is doubtful that an order denying a certificate of appealability is a judgment within the meaning of Fed. R. Civ. P 52(b) or 59(e). Having been denied a certificate of appealability by this Court, Fed. R. App. P. 22(b) allows Petitioner to seek a certificate from an appellate judge.

      2.      The other grounds stated in Order Denying Motion for Certificate of Appealability (doc. 115) provide independent bases for the denial of a certificate.

Accordingly, it is

ORDERED AND ADJUDGED that Petitioner's Motion to Alter or Amend Judgment (doc. 127) is denied.

DONE AND ORDERED this 2nd day of March, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 3:05cv22-SPM