IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL JON PETERKA

    Petitioner,

v.                                          CASE NO. 3:05cv22-SPM

WALTER A. MCNEIL,

    Respondent.
_____/

**ORDER DENYING MOTION TO DISMISS AS MOOT**

This cause comes before the Court on the Motion to Dismiss Successive Habeas Petition for Lack of Jurisdiction. Doc. 131. The successive habeas petition referenced in the motion has not been filed with this court. Accordingly, it is

ORDERED AND ADJUDGED: the motion to dismiss (doc. 131) is denied as moot.

DONE AND ORDERED this 16th day of September, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge